UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVIN SUAREZ, on behalf of himself and all others similarly situated,

                Plaintiff,

– against –

HARRIMAN ARMY & NAVY STORE, INC.,

                Defendant.

**ORDER**

23-cv-11140 (ER)

Ramos, D.J.:

    On December 22, 2023, Plaintiff filed a complaint against Defendant.  Doc. 1.  On February 21, 2024, Defendant was served with the answer due on March 13, 2024.  Doc. 5.  Since then, there has been no activity in the case.

    Plaintiff is therefore instructed to submit a status report by no later than September 23, 2024.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    September 10, 2024
              New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.