

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

September 10, 2024

Hon. Judge Edgardo Ramos
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:    **SUAREZ v. HARRIMAN ARMY & NAVY STORE, INC.**
       **DOCKET NO. 1:23-cv-11140**

Dear Judge Ramos:

The undersigned represents Alvin Suarez, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled.

Although the defendant did not formally appear on the docker, my office has been in contact with the defendant pro se. The parties recently consummated settlement and my office is filing a notice of voluntary dismissal with prejudice contemporaneously with this status update. As such, the undersigned respectfully requests that the Court close this matter.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy